**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail:  lnweze@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901

Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAYLOR SELF**, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**COLUMBIA COUNTY**, an Oregon municipality, and **CAROLYN TOWNSEND**,<br><br>　　　　Defendants. | No. 3:20-cv-00584-BR<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF ATTORNEY STEVEN A. KRAEMER** |

Defendants Columbia County and Carolyn Townsend hereby give notice of withdrawal of counsel, Steven A. Kraemer.  David C. Lewis and Lauren E. Nweze remain attorneys of record.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -　**DEFENDANTS COLUMBIA COUNTY AND CAROLYN TOWNSEND'S NOTICE OF WITHDRAWAL OF ATTORNEY STEVEN A. KRAEMER**

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

Defendants respectfully requests that attorney Steven A. Kraemer no longer receive the court's ECF notices on this matter.

Respectfully submitted this 30th day of July 2021.

KRAEMER & LEWIS

By:   s/ *Lauren E. Nweze*
David C. Lewis, OSB No. 953348
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants Columbia
County and Carolyn Townsend

Page 2 -   **DEFENDANTS COLUMBIA COUNTY AND CAROLYN TOWNSEND'S NOTICE OF WITHDRAWAL OF ATTORNEY STEVEN A. KRAEMER**

**KRAEMER & LEWIS**
Not a Partnership
**Employees of CIS (Citycounty Insurance Services)**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901